## IN RE RACHEL A.*
## (AC 25522)

Schaller, Flynn and Gruendel, Js.

Argued April 19—officially released May 31, 2005

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT v. MIGUEL BELTRAN
## (AC 25172)

Lavery, C. J., and Schaller and Gruendel, Js.

Argued April 28—officially released May 31, 2005

Per Curiam. This case is controlled by *State* v. *Chicano*, 216 Conn. 699, 584 A.2d 425 (1990).

The judgment is affirmed.

## CAROL L. BEAUVILLIER v. ALAN R. BEAUVILLIER
## (AC 25210)

Lavery, C. J., and Harper and West, Js.

Argued April 27—officially released May 31, 2005

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.